AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| The Annuity, Pension, Welfare and Training Funds of the International Union of Operating Engineers, Local 14-14B, AFL-CIO et al.<br>*Plaintiff*<br>v.<br>Village Dock, Inc.<br>*Defendant* | ) ) ) ) ) ) ) ) | Civil Action No. CV-16-396 DLI-RER |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Village Dock, Inc.
15 North Columbia Street
Port Jefferson, New York 11777

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

BRADY McGUIRE & STEINBERG, P.C.
303 South Broadway, Suite 234
Tarrytown, New York 10591

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 1/27/2016

Douglas C. Palmer
*CLERK OF COURT*

s/Kimberly Davis
*Signature of Clerk or Deputy Clerk*